# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON EDWARD TOPPER,<br><br>　　　　　　Petitioner,<br><br>　v.<br><br>W.L. MONTGOMERY, Warden,<br><br>　　　　　　Respondent. | Case No. CV 17-07933 MWF (SHK)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed Petitioner's Petition for a Writ of Habeas Corpus, the records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections have been filed. Good cause appearing, the Court accepts the findings and recommendation of the Magistrate Judge. IT IS THEREFORE ORDERED that Petition be **DENIED** and that Judgment be entered **DISMISSING** this case with prejudice.

Dated: August 29, 2019

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　MICHAEL W. FITZGERALD
　　　　　　　　　　　　　　　　　　　United States District Judge