JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON EDWARD TOPPER,<br><br>Petitioner,<br><br>v.<br><br>W.L. MONTGOMERY, Warden,<br><br>Respondent. | Case No. CV 17-07933 MWF (SHK)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and the Recommendation of the United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this case be **DISMISSED** with prejudice.

Dated: August 29, 2019

_____
MICHAEL W. FITZGERALD
United States District Judge